

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:           01-18-00650-CV

Trial Court Cause
Number:                 681719-0101Z

Style:                  In re Commitment of Bradley James Manuel

Date motion filed*:     July 25, 2019

Type of motion:         Motion for En Banc Reconsideration

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Sherry Radack
        ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Goodman, J., dissenting from the denial of en banc reconsideration

Date: February 13, 2020